

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Estate of Billy Wayne Phillips, Deceased

No. 06-23-00017-CV

Appeal from the County Court at Law No. 2 of Hunt County, Texas (Tr. Ct. No. 18697).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion on Remand delivered by Chief Justice Stevens. Concurring Opinion by Justice van Cleef. Concurring in part and Dissenting in part Opinion by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the probate court below.  We affirm the judgment of the probate court.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED APRIL 4, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk